

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00200-CR

KAILON SHAW, Appellant

§   On Appeal from Criminal District Court No. 1

§   of Tarrant County (1761248)

V.

§   March 20, 2025

§   Memorandum Opinion by Chief Justice Sudderth

THE STATE OF TEXAS

§   (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth